IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARLES T. HERRMANN                                          PLAINTIFF

V.                                                   CIVIL ACTION NO. 3:17-cv-110-DAS

COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

**FINAL JUDGMENT**

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the court in the Memorandum Opinion issued this date, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby AFFIRMED.

SO ORDERED AND ADJUDGED this, the 27th day of July, 2018.

                                                                   /s/ David A. Sanders
                                                                   UNITED STATES MAGISTRATE JUDGE